

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your action has been filed as a civil case number CV 08 3771 SBA (PR).

It appears that you have ~~not~~ attached a complaint ~~or petition~~ (BLANK - CLAIM/RELIEF) to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

BLANK
(~~IFP Application~~ / ~~letter~~ / ~~exhibits~~ / ~~motion~~ / ~~no~~ complaint ~~or petition~~)
(blank complaint form / ~~petition~~ attached)

Rev. 5/08

RICO