JOSÉ LUIS RICO
**FULL NAME**

COMMITTED NAME (if different) P.O BOX 2000 - VACAVILLE Cal. 95696
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

CoDoC G-01731
**PRISON NUMBER (if applicable)**

SBA
550

E-filing

FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

JOSÉ LUIS RICO

PLAINTIFF,

v.

NORTHERN DISTRICT OF
CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CAL. 94102

DEFENDANT(S).

CASE NUMBER **CV 08 3771**
*To be supplied by the Clerk*

SBA

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

(PR)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _JOSE L. RICO_____

Defendants _____

b. Court _450 GOLDEN GATE AVE._____
_SAN FRANCISCO CALIFORNIA 94102_

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _SENTENCE. THEY GAVE ME TOO MUCH_
_TIME_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☐ No

If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes   ☐ No

If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _JOSÉ LUIS RICO_____
(print plaintiff's name)

who presently resides at _P.O. BOX 2000   VACAVILLE Cal  95696-2000_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) _____ , _____ , _____
                        (Claim I)              (Claim II)             (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant.  NORTHERN DISTRICT OF CALIFORNIA _____ resides or works at
                (full name of first defendant)

    450 GOLDEN GATE AVENUE,
    (full address of first defendant)

    SAN FRANCISCO, CALIFORNIA 94102
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____
    _____

2.  Defendant _____ resides or works at
                (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

3.  Defendant _____ resides or works at
                (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

4. Defendant _NORTHERN DISTRICT OF Cal_ resides or works at
(full name of first defendant)
_450 GOLDEN GATE AVE_
(full address of first defendant)
_SAN FRANCISCO CA 94102_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5. Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

## D. CLAIMS*

CLAIM I

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

7-31-08
*(Date)*

José L. Rico
*(Signature of Plaintiff)*

CV-66 (7/97)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT BY A PRISONER -
## GENERAL INSTRUCTIONS

This package includes the following documents:

        4 copies - complaint form
        4 copies - declaration to proceed without prepayment of filing fees

In order for your complaint to be filed, you must submit the original and two copies of **both** the complaint and declaration to the Clerk. The remaining copy of each is for you to keep for your records. Your complaint must be typewritten or legibly handwritten in ink. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you must use the reverse side of the form or an additional blank page. You must file a separate complaint for each claim unless they are all related to the same incident or issue. You are required to allege facts; not legal arguments or authorities.

### FILING FEES

**Payment of filing fee required**

In accordance with 1996 amendments to the in forma pauperis statute, 28 U.S.C. § 1915, as a prisoner you will be obligated to pay the full filing fee of $250 for a civil action regardless of your forma pauperis status and the disposition of the case. If you have the money to pay the filing fee, you should submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major America bank or the United States Postal Service payable to the Clerk of Court and mail it with your complaint to the address listed on the reverse side of these instructions.

**Request to pay filing fee in monthly installments**

If you do not have the money to pay the full filing fee, you must complete the Declaration In Support of Request to Proceed without Prepayment of Filing Fees. The Declaration must be returned to the Court with your complaint. **NOTE: You must have a prison or jail official complete the Certification Section on the Declaration and attach to the Declaration a certified copy of your prison or jail trust account statement for the six months immediately preceding the filing of the complaint. If you submit an incomplete Declaration or do not submit a prison or jail trust account statement with the Declaration, your request to proceed without prepayment of the filing fees may be denied.**

**Initial partial filing fee assessment**

If your request to proceed without prepayment of filing fees is granted, the Court will assess an initial partial filing fee at the time your action is filed. The initial partial filing fee will be equal to 20% of the average monthly deposits to your prison or jail account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison or jail account for that same six month period, whichever is greater. The Court will order the agency that has custody of you to take that initial partial filing fee out of your prison or jail account as soon as funds are available and forward the money to the Clerk of Court.

**Collection of balance of filing fee**

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the amount of the filing fee is paid in full, each month you will owe 20% of your preceding month's income toward the balance. The agency that has custody of you will collect that money and send payments to the Clerk of Court any time the amount in your account exceeds $10.00.

## DISMISSAL OF THE COMPLAINT

Regardless of whether some or all of the filing fee has been paid, the Court is required to screen your complaint and to dismiss the complaint if: 1) your allegation of poverty is untrue; 2) the action is frivolous or malicious; 3) your complaint does not state a claim on which relief can be granted; or 4) you sue a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals while you are a prisoner which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from bringing any other actions in forma pauperis unless you are in imminent danger of serious physical injury. **NOTE: You are required under penalties of perjury to provide accurate information regarding previous filings. Failure to provide this information may result in the immediate dismissal of your complaint.**

## JURISDICTION

To determine whether jurisdiction and venue are proper in this Court:

- **AGAINST FEDERAL DEFENDANTS**, please refer to 28 U.S.C. § 1391(e) and Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388, 397 (1971);

- **AGAINST NON-FEDERAL DEFENDANTS**, please refer to 28 U.S.C. § 1391(b) for claims brought pursuant to 42 U.S.C. § 1983.

## SERVICE OF THE COMPLAINT

If your request to proceed without prepayment of the filing fees is approved, the Court will determine whether the United States Marshal should serve the defendant(s) on your behalf.

## INQUIRIES AND COPYING REQUESTS

Because of the large volume of cases filed by prisoners in this Court and limited court resources, the Court and Clerk's Office will not answer inquires concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

## TO MAIL THE COMPLAINT

Mail the original and the two copies of the following completed documents to the address below: complaint and declaration to proceed without prepayment of filing fees (if applicable):

United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, California 90012

ATTENTION: PRO SE CLERK

Telephone: (213) 894-7984

---



JOSÉ LUIS RICO
G01731-J2.256L.
P.O. BOX 2000
VACAVILLE CAL. 95696-2000



RECEIVED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK US DISTRICT C.
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CAL. 94102





E-filing

**UNITED STATES DISTRICT COURT**
~~CENTRAL~~ Northern **DISTRICT OF CALIFORNIA**

JOSE L. RICO

PRISONER/PLAINTIFF,

450 GOLDEN GATE AVENUE
SAN FRANCISCO CAL.
94102          DEFENDANT(S).

CASE NUMBER

CV 08 3771

SBA (PR)

**DECLARATION IN SUPPORT OF
REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES**

I, _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison?  ☒Yes  ☐No

 . a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

 ___150 HOURS_____

 _____

 b. State the place of your incarceration _____
 Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
 a. Business, profession or form of self-employment?   ☐Yes  ☒No
 b. Rent payments, interest or dividends?              ☐Yes  ☒No
 c. Pensions, annuities or life insurance payments?    ☐Yes  ☒No
 d. Gifts or inheritances?                             ☐Yes  ☒No
 e. Any other income (other than listed above)?        ☐Yes  ☒No
 f. Loans?                                             ☐Yes  ☒No

 If the answer to any of the above is yes, describe such source of money and state the amount received from each

 source during the past twelve (12) months: _____

 _____

3.  Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ■ No

    If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

    If the answer is yes, describe the property and state it approximate value: _____

    _____

5.  In what year did you last file an Income Tax Return? _____

    Approximately how much income did your last tax return reflect? _____

6.  List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

    _____

    _____

    I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

    CALIFORNIA                          SAN FRANCISCO CA
    _____                     _____
    State                               County (or City)

    I, JOSE L. RICO , declare under penalty of perjury that the foregoing is true and correct.

    7-31-08                             Jose L Rico.
    _____                     _____
    Date                                Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was$_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____          _____
Date                                              Authorized Officer of Institution (Signature)

JOSÉ LUIS RICO
FULL NAME
_____
COMMITTED NAME (if different)
P.O. BOX 2000 - VACAVILLE Cal. 95696
FULL ADDRESS INCLUDING NAME OF INSTITUTION
C.O.D.C  G-01731
PRISON NUMBER (if applicable)

SBA
550

E-filing

FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
~~CENTRAL~~ Northern DISTRICT OF CALIFORNIA

JOSÉ LUIS RICO
                                    PLAINTIFF,

v.

NORTHERN DISTRICT OF
CALIFORNIA
450 GOLDEN GATE AVENUE
San Francisco Cal. 94102
                          DEFENDANT(S).

CASE NUMBER
CV 08 3771
To be supplied by the Clerk

SBA

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

(PR)

A. **PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit: JOSE L. RICO
Plaintiff _____

_____

Defendants _____
_____

b. Court 450 GOLDEN GATE AVE.
SAN FRANCISCO CALIFORNIA 94102

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: SENTENCE THEY GAVE ME TOO MUCH
TIME _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☐ No

    If your answer is no, explain why not _____
    _____
    _____

3. Is the grievance procedure completed? ☐ Yes   ☐ No

    If your answer is no, explain why not _____
    _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff JOSE LUIS RICO
(print plaintiff's name)
who presently resides at P.O. BOX 2000  VACAVILLE Cal 95696-2000
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) _____ , _____ , _____
(Claim I)                    (Claim II)                   (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant.  NORTHERN DISTRICT OF CALIFORNIA _____ resides or works at
(full name of first defendant)

450 GOLDEN GATE AVENUE.
(full address of first defendant)

SAN FRANCISCO, CALIFORNIA 94102
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

2.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

4.  Defendant  NORTHERN DISTRICT OF Cal _____ resides or works at
             (full name of first defendant)
    450 GOLDEN GATE AVE _____
             (full address of first defendant)
    SAN FRANCISCO CA(s)- 94102
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant  _____ resides or works at

             (full name of first defendant)

             _____

             (full address of first defendant)

             _____

             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

_____

**D. CLAIMS\***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7-31-08                              José L. Rico
_____                     _____
(Date)                            (Signature of Plaintiff)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT BY A PRISONER - GENERAL INSTRUCTIONS

This package includes the following documents:

        4 copies - complaint form
        4 copies - declaration to proceed without prepayment of filing fees

In order for your complaint to be filed, you must submit the original and two copies of **both** the complaint and declaration to the Clerk. The remaining copy of each is for you to keep for your records. Your complaint must be typewritten or legibly handwritten in ink. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you must use the reverse side of the form or an additional blank page. You must file a separate complaint for each claim unless they are all related to the same incident or issue. You are required to allege facts; not legal arguments or authorities.

### FILING FEES

**Payment of filing fee required**

In accordance with 1996 amendments to the in forma pauperis statute, 28 U.S.C. § 1915, as a prisoner you will be obligated to pay the full filing fee of $250 for a civil action regardless of your forma pauperis status and the disposition of the case. If you have the money to pay the filing fee, you should pay with a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major America bank or the United States Postal Service payable to the Clerk of Court and mail it with your complaint to the address listed on the reverse side of these instructions.

**Request to pay filing fee in monthly installments**

If you do not have the money to pay the full filing fee, you must complete the Declaration In Support of Request to Proceed without Prepayment of Filing Fees. The Declaration must be returned to the Court with your complaint. **NOTE: You must have a prison or jail official complete the Certification Section on the Declaration and attach to the Declaration a certified copy of your prison or jail trust account statement for the six months immediately preceding the filing of the complaint. If you submit an incomplete Declaration or do not submit a prison or jail trust account statement with the Declaration, your request to proceed without prepayment of the filing fees may be denied.**

**Initial partial filing fee assessment**

If your request to proceed without prepayment of filing fees is granted, the Court will assess an initial partial filing fee at the time your action is filed. The initial partial filing fee will be equal to 20% of the average monthly deposits to your prison or jail account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison or jail account for that same six month period, whichever is greater. The Court will order the agency that has custody of you to take that initial partial filing fee out of your prison or jail account as soon as funds are available and forward the money to the Clerk of Court.

**Collection of balance of filing fee**

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the amount of the filing fee is paid in full, each month you will owe 20% of your preceding month's income toward the balance. The agency that has custody of you will collect that money and send payments to the Clerk of Court any time the amount in your account exceeds $10.00.

## DISMISSAL OF THE COMPLAINT

Regardless of whether some or all of the filing fee has been paid, the Court is required to screen your complaint and to dismiss the complaint if: 1) your allegation of poverty is untrue; 2) the action is frivolous or malicious; 3) your complaint does not state a claim on which relief can be granted; or 4) you sue a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals while you are a prisoner which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from bringing any other actions in forma pauperis unless you are in imminent danger of serious physical injury. **NOTE: You are required under penalties of perjury to provide accurate information regarding previous filings. Failure to provide this information may result in the immediate dismissal of your complaint.**

## JURISDICTION

To determine whether jurisdiction and venue are proper in this Court:

- **AGAINST FEDERAL DEFENDANTS,** please refer to 28 U.S.C. § 1391(e) and <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388, 397 (1971);

- **AGAINST NON-FEDERAL DEFENDANTS,** please refer to 28 U.S.C. § 1391(b) for claims brought pursuant to 42 U.S.C. § 1983.

## SERVICE OF THE COMPLAINT

If your request to proceed without prepayment of the filing fees is approved, the Court will determine whether the United States Marshal should serve the defendant(s) on your behalf.

## INQUIRIES AND COPYING REQUESTS

Because of the large volume of cases filed by prisoners in this Court and limited court resources, the Court and Clerk's Office will not answer inquires concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

## TO MAIL THE COMPLAINT

Mail the <u>original and the two copies</u> of the following completed documents to the address below: complaint and declaration to proceed without prepayment of filing fees (if applicable):

United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, California 90012

ATTENTION: PRO SE CLERK

Telephone: (213) 894-7984

José Luis Rico
G01731-J2.256L.
P.O.Box 2000
Vacaville Cal. 95696-2000

OFFICE OF THE CLERK US DISTRICT C.
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CAL. 94102



RECEIVED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED

AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

### UNITED STATES DISTRICT COURT
### ~~CENTRAL~~ *Northern* DISTRICT OF CALIFORNIA

JOSE L. RICO

PRISONER/PLAINTIFF,

450 GOLDEN GATE AVENUE
SAN FRANCISCO CAL.
94102            DEFENDANT(S).

CASE NUMBER

CV 08 3771

SBA (PR)

DECLARATION IN SUPPORT OF
REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES

I, _____, declare under penalty of perjury, that the following is
true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed
without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the
full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below
are true, correct and complete.

1. Are you presently employed in prison?    ☒Yes    ☐No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    150 HOURS
    _____
    _____

    b. State the place of your incarceration _____
       Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison
       trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?        ☐Yes    ☐No
    b. Rent payments, interest or dividends?                    ☐Yes    ☐No
    c. Pensions, annuities or life insurance payments?          ☐Yes    ☐No
    d. Gifts or inheritances?                                   ☐Yes    ☐No
    e. Any other income (other than listed above)?             ☐Yes    ☐No
    f. Loans?                                                   ☐Yes    ☐No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each

    source during the past twelve (12) months: _____

    _____

---

3.  Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.)  ☐ Yes  ■ No

If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

If the answer is yes, describe the property and state it approximate value: _____

_____

5.  In what year did you last file an Income Tax Return? _____

Approximately how much income did your last tax return reflect? _____

6.  List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

_____

_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

CALIFORNIA                          SAN FRANCISCO CA
_____            _____
State                               County (or City)

I, JOSE L RICO _____, declare under penalty of perjury that the foregoing is true and correct.

7-31-08                             Jose L Rico
_____            _____
Date                               Prisoner/Plaintiff (Signature)

---

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was$_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____          _____
          Date                                    Authorized Officer of Institution (Signature)

FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## ~~CENTRAL~~ DISTRICT OF CALIFORNIA

*Northern*

JOSE L. RICO

**PRISONER/PLAINTIFF,**

450 GOLDEN GATE AVENUE
SAN FRANCISCO CAL.
94102    **DEFENDANT(S).**

CASE NUMBER

**CV 08    3771**

**SBA (PR)**

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**

I, _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison?  ☒Yes  ☐No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   150 HOURS

   b. State the place of your incarceration _____
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months,* any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐Yes  ☐No
   b. Rent payments, interest or dividends?  ☐Yes  ☐No
   c. Pensions, annuities or life insurance payments?  ☐Yes  ☐No
   d. Gifts or inheritances?  ☐Yes  ☐No
   e. Any other income (other than listed above)?  ☐Yes  ☐No
   f. Loans?  ☐Yes  ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each

   source during the past twelve (12) months: _____

   _____

---

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**

CV-60P (08/02)

3.  Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.)  ☐ Yes   ■ No

    If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes   ☒ No

    If the answer is yes, describe the property and state it approximate value: _____

    _____

5.  In what year did you last file an Income Tax Return? _____

    Approximately how much income did your last tax return reflect? _____

6.  List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

    _____

    _____

    I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

    CALIFORNIA                              SAN FRANCISCO CA
    _____                             _____
    **State**                                   **County (or City)**

    I,  JOSE L. RICO      , declare under penalty of perjury that the foregoing is true and correct.

    7-31-08                                 Jose L Rico.
    _____                             _____
    **Date**                                    **Prisoner/Plaintiff (Signature)**

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was$_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____          _____
            Date                              Authorized Officer of Institution (Signature)