FILED

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  RICO              JOSE              LUIS
      (Last)            (First)           (Initial)

Prisoner Number  C.D.C. G01731

Institutional Address  P.O. BOX 2000  VACAVILLE CAL 95696 X2000

================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
(Enter the full name of plaintiff in this action.)

vs.

José L. Rico
_____
_____
450 Golden Gate Ave
San Francisco Cal. 94102
(Enter the full name of the defendant(s) in this action)

Case No.  CV 08  3771
(To be provided by the Clerk of Court)

AMENDED
COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

SBA
E-filing
(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  C.M.F.

B.  Is there a grievance procedure in this institution?

   YES (X)     NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

   YES (X)     NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                     - 1 -

1. Informal appeal  **YES**

2. First formal level  **YES**

3. Second formal level  **YES**

4. Third formal level  **YES**

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. ___

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JOSE L. RICO
P.O. BOX 2000
VACAVILLE CAL. 95696-2000

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

450 GOLDEN GATE AVENUE
SAN FRANCISCO CAL. 94102

COMPLAINT    - 2 -

III.  Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

THE SENTENCE THAT WAS HANDED OUT TO ME WAS TO STIFF FOR THE CRIME AND I WOULD LIKE A LIGHTER SENTENCE. I WAS THE VICTIM IN THE CASE AND MATTER.

IV.  Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I WOULD LIKE FOR MY TIME TO BE REDUCED TO A LIGHTER SENTENCE WITH ½ TIME BECAUSE LIKE I SAID BEFORE I WAS THE VICTIM.

COMPLAINT                                - 3 -

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | _____ |
| 5 | I declare under penalty of perjury that the foregoing is true and correct. |
| 6 | |
| 7 | Signed this __12__ day of __AUGUST__, 20_08_ |
| 8 | |
| 9 | ___José L. Rico___ |
| 10 | (Plaintiff's signature) |

COMPLAINT      - 4 -

JOSE L. RICO T-25461
G01731-200 95696-2000
C/O BOX 2000
P.O. JACAVILLE CAL.

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SBA

AUG 18

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C/O D Peebles

8/18/08