IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS RICO,   No. C 08-03771 SBA (PR)

    Plaintiff,   **JUDGMENT**

v.

NORTHERN DISTRICT OF CALIFORNIA,

    Defendant.
_____/

    Pursuant to the dismissal order signed today, the complaint is DISMISSED WITHOUT PREJUDICE to Plaintiff filing a habeas action.

    IT IS SO ORDERED.

DATED: 8/29/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Rico3771.jud.wpd

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  JOSE LUIS RICO,                                          Case Number: CV08-03771 SBA
7            Plaintiff,                                     **CERTIFICATE OF SERVICE**
8     v.
9  NORTHERN DISTRICT OF CALIFORNIA et al,
10
11           Defendant.
12
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose L. Rico G-01731
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Rico3771.jud.wpd      2